Order issued January 2, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

## No. 05-12-01003-CR

---

### CHRISTOPHER ROY MARSHALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-26457-N**

---

## ORDER

The Court **GRANTS** appellant's December 19, 2012 motion to accept brief tendered.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE